FILED '07 MAR 16 12:10 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARBARA E. MCDONALD,

      Plaintiff,

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

      Defendant.

Civil No. 05-996-HO

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7249.99 and $250.00 in costs, for a total of $7499.99, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this 16th day of March, 2007.

                  /s/ Michael C. Hogan
                  UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Phyllis Burke
PHYLLIS BURKE, OSB #81459
(503) 460-3200
Attorney for Plaintiff McDonald

ORDER